JS-6

Kevin Abbott [SBN 281312]
LOBB & PLEWE, LLP
4160 Temescal Canyon Rd., Suite 202
Corona, CA  92883
Telephone: (951) 788-9410
Facsimile: (951) 788-0766
E: kabbott@lobbplewe.com

James Donoian (Admitted pro hac vice)
Aya Cieslak-Tochigi (Admitted pro hac vice)
McCarter & English, LLP
825 Eighth Avenue, 31st Floor
New York, NY 10019
P:  212-609-6817
E:  jdonoian@mccarter.com
    acieslaktochigi@mccarter.com

Keith Toms (Admitted pro hac vice)
Quincy Kayton (Admitted pro hac vice)
McCarter & English, LLP
265 Franklin St.
Boston, MA 02140
P:  617-449-6591
E:  ktoms@mccarter.com
E:  qkayton@mccarter.com

Aaron Y. Silverstein (Admitted pro hac vice)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
asilverstein@sandsip.com
Telephone: 978-463-9100

Attorneys for Plaintiffs, VANS, INC. and VF OUTDOOR, LLC

[caption continued on next page]

ME1 32407375v.1

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VANS, INC.; VF OUTDOOR, LLC, | ) Case No.: 8:18-cv-2258 RGK(ADSx) |
| Plaintiffs, | ) |
| vs. | ) **[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| TARGET CORPORATION ; FARYLROBIN, LLC, | ) *(Hon. R. Gary Klausner)* |
| Defendants. | ) |

ME1 32407375v.1

## **ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: June 8, 2020

*Gary Klausner*
_____
R. GARY KLAUSNER
United States District Judge